ber 7, 1900, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Gratz Nathan* for appellant.

*Abram I. Elkus* and *Carlisle J. Gleason* for respondents.

Appeal dismissed, with costs ; no opinion.

Concur : BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J.

---

JOHN FULLERTON, an Infant, by PHŒBE ANN FULLERTON, his Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Fullerton* v. *Metropolitan St. Ry. Co* , 63 App. Div. 1, affirmed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Edward A. Sumner* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J., and HAIGHT, J.

---

CHARLES B. MORRIS, as Administrator of LESLIE B. MORRIS, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Morris* v. *Metropolitan Street Ry. Co.*, 63 App. Div. 78, affirmed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July